UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DANIEL CASTILLO-ANTONIO, <br> Plaintiff, <br> v. <br> REYAD JERIES SALAMEH, <br> Defendant. | Case No. 18-cv-03267-SK <br><br> **ORDER TO SHOW CAUSE RE MOTION TO STRIKE** <br><br> Regarding Docket No. 16 |

On October 15, 2018, Plaintiff filed a motion to dismiss Defendant's affirmative defenses. Pursuant to Northern District of California Local Rule 7-3(a), Defendant's response was due by October 29, 2018. To date, Defendant has not filed an opposition brief. Accordingly, Defendant is HEREBY ORDERED TO SHOW CAUSE in writing by no later than November 26, 2018 why the Court should not grant Plaintiff's motion as unopposed.

If Defendant seeks to file an untimely opposition brief, Defendant must submit a request to do so, showing good cause for his failure to comply with the deadline required by the Local Rules, and must submit the proposed opposition brief along with the request. If Defendant fails to file a response to this Order to Show Cause by November 26, 2018, the Court will grant the Plaintiff's motion to strike as unopposed without further notice to Defendant.

The Court HEREBY VACATES the hearing date of December 3, 2018 and will reset the hearing if necessary at a later date.

**IT IS SO ORDERED**.

Dated: November 19, 2018

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge