```
RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
865 Marina Bay Parkway, Suite 43
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Jose Daniel Castillo-Antonio
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Daniel Castillo-Antonio, <br><br> Plaintiff, <br><br> Vs. <br><br> Reyad Jeries Salameh, et al., <br><br> Defendants. | Case Number 18-3267 SK <br><br> STIPULATION TO EXTEND TIME TO CONDUCT MEDIATION (Proposed) ORDER |

Come now plaintiff Jose Daniel Castillo-Antonio, through his counsel of record Richard Mac Bride, and defendant Reyad Jeries Salameh, through his counsel of record, Roni Rotholz, to stipulate as follows:

WHEREAS, pursuant to General Order No. 56 and the Scheduling Order in this case issued on June 4, 2018, the deadline to conduct the site inspection was September 13, 2018, and in fact the joint inspection was held on September 12, 2018; and

WHEREAS, the mediation should take place within 90 days of the filing of the Notice of Need for Mediation, and

WHEREAS, the Notice of Notice of Need for Mediation was filed; and

WHEREAS, the 90th day deadline for mediation is January 22, 2019; and

WHEREAS, the parties have been unable to find an agreeable date before January 22, 2019; and

---

Stipulation – Case 18-3267 SK

-1-

1  WHEREAS, the parties and the court-appointed mediator have agreed upon February 5, 2019 as the
2  mediation date; and
3  WHEREAS, for these reasons, the parties wish to request that the court extend the deadline to
4  conclude the mediation to February 15, 2019;

6  NOW THEREFORE, the parties hereby stipulate and request that the deadline to conduct the
7  mediation be postponed to February 15, 2019.

9  Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride
10 Attorney of record for Plaintiff Jose Daniel Castillo-Antonio                                    1/7/2019

12 Law Office of Roni Rotholz – By: Roni Rotholz /s/ Roni Rotholz
13 Attorney of record for Defendant Reyad Jeries Salameh
14                                                                                                 1/7/2019

## FILER'S ATTESTATION

Pursuant to General Order 45, Section X(B), I hereby attest that on January 7, 2019, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Roni Rotholz, attorney for all defendants herein, in the filing of this document.

/s/ Richard A. Mac Bride
Richard A. Mac Bride

| | |
|---|---|
| 1 | ORDER FOR EXTENSION OF TIME TO CONDUCT MEDIATION |
| 2 | |
| 3 | In the case of Castillo-Antonio v. Salameh et al., 18-3267 SK, in the Northern District of California, |
| 4 | having considered the parties' Stipulation for Extension of Time to Conduct Mediation, and for |
| 5 | good cause appearing, it is hereby ORDERED: |

1. That the last day for parties and counsel to hold the mediation, is reset for February 15, 2019;
2. All other dates that are calculated based on the inspection date will be adjusted accordingly.

Date: January 8, 2019



Sallie Kim

United States Magistrate Judge

---

Stipulation – Case 18-3267 SK

-3-